RECEIVED

NOV - 1 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| PETER CELESTINE<br>　　LA. DOC #110116 | CIVIL ACTION NO. 6:13-cv-2371 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| WARDEN TERRY TERRELL | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this __1__ day of __Nov.__, 2013.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE